Case 07-70085   Doc 92   Filed 07/31/08   Entered 07/31/08 10:00:18   Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

**Trustee's Final Report**

In Re:  DENNIS G. JONES & MICHELLE A. JONES      Case Number: 07-70085
5063 COBBLESTONE LANE         SSN-xxx-xx-2053 & xxx-xx-9367
LOVES PARK, IL  61111

Case filed on: 1/12/2007
Plan Confirmed on: 9/28/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,595.68      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,261.89 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,261.89 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 114,363.49 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 1,617.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 115,980.49 | 0.00 | 0.00 | 0.00 |
| 999 | DENNIS G. JONES | 0.00 | 0.00 | 838.16 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 838.16 | 0.00 |
| 001 | AMERICREDIT | 11,374.48 | 11,374.48 | 4,259.24 | 1,277.87 |
| 002 | GRESTY'S AUTO SALE | 2,700.00 | 2,700.00 | 870.24 | 0.00 |
| 003 | HEIGHTS FINANCE | 8,820.00 | 6,500.00 | 453.21 | 928.56 |
| 054 | FOREST HILLS VILLAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,894.48 | 20,574.48 | 5,582.69 | 2,206.43 |
| 001 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 0.00 | 2,320.00 | 0.00 | 0.00 |
| 004 | ROYCE FINANCIAL | 276.00 | 276.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 22.00 | 0.00 | 0.00 | 0.00 |
| 006 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACCOUNT SOLUTIONS GROUP, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICASH LOANS LLC | 990.34 | 990.34 | 0.00 | 0.00 |
| 010 | ATTORNEY FRANK M. BONIFACIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BUSINESS CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 692.97 | 692.97 | 0.00 | 0.00 |
| 014 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 346.27 | 346.27 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | D&B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DAVIS COMMERCIAL PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ERIC FERNANDEZ & CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FEDCHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | FOX VALLEY NEUROLOGY, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 664.36 | 664.36 | 0.00 | 0.00 |
| 030 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | COMED CO | 990.91 | 990.91 | 0.00 | 0.00 |
| 032 | NICOR GAS | 3,590.16 | 3,590.16 | 0.00 | 0.00 |
| 033 | NOEL R. IANNO DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | B-LINE LLC | 1,065.26 | 1,065.26 | 0.00 | 0.00 |
| 036 | PAYDAY YES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PAYDAY OK | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD MERCANTILE AGENCY INC | 140.20 | 140.20 | 0.00 | 0.00 |
| 042 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SOUTHWEST CREDIT SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | STATE FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | STEVEN J RESIS M.D.S.C. | 156.67 | 156.67 | 0.00 | 0.00 |
| 046 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | THE DIRECTV GROUP | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 048 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | UNITED ANESTHESIA ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | VAN RU CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | AFNI/VERIZON | 669.07 | 669.07 | 0.00 | 0.00 |
| 052 | WEST SUBURBAN CURRENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | ZIP CASH SFT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | AMERICASH LOANS LLC | 3,088.27 | 3,088.27 | 0.00 | 0.00 |
| 057 | INTERNAL REVENUSE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 12,692.48 | 14,990.48 | 0.00 | 0.00 |
| | Grand Total: | 154,567.45 | 38,564.96 | 8,682.74 | 2,206.43 |

Total Paid Claimant:   $10,889.17
Trustee Allowance:   $706.51
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan